PROB 12C
(6/16)

Report Date: September 3, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jaimee L. Klang                    Case Number: 0980 1:16CR02023-RMP-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 16, 2016

Original Offense:    Conspiracy to Distribute Methamphetamine, 21 U.S.C.§§ 841(a)(1), (b)(1)(A)(viii), and 846

Original Sentence:   Prison - 42 months            Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:  Matthew Alan Stone           Date Supervision Commenced: March 26, 2019

Defense Attorney:     Federal Public Defenders     Date Supervision Expires: March 25, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to provide a urine specimen at Pioneer Human Services on August 16, 2021.

On January 31, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by the U.S. probation officer that she must submit to urinalysis testing, as directed by the supervising officer.

On August 16, 2021, Ms. Klang reported to Pioneer Human Services for urinalysis testing; however, she failed to provide a urine specimen.

Prob12C
Re: Klang, Jaimee L.
September 3, 2021
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services for urinalysis testing on August 25, 2021.

On January 31, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by the U.S. probation officer that she must submit to urinalysis testing, as directed by the supervising officer.

The probation officer received email correspondence from Pioneer Human Services indicating Ms. Klang failed to report to their facility for urinalysis testing on August 25, 2021.

| | | |
|---|---|---|
| 3 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to submit a urine specimen at Pioneer Human Services on August 26, 2021. Further, on this same date, it is suspected she attempted to use a device in an effort to defeat the urinalysis test.

On January 31, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by the U.S. probation officer that she must submit to urinalysis testing, as directed by the supervising officer.

On August 26, 2021, Ms. Klang reported to Pioneer Human Services to submit to urinalysis testing. The individual observing the urine collection stated the offender was acting suspicious and appeared to be trying to distract her. During the urine collection, Ms. Klang was observed putting her hand between her legs prior to a rush of fluid coming out. Ms. Klang then began looking in the toilet as if she was looking for something and she appeared to be nervous. She also kept pulling her pants up. Based on the offender's behavior and the staff member's observations, she believed Ms. Klang was trying to conceal a device. As the offender stood up, the staff member noticed a string hanging from her pants.

Ms. Klang denied she was trying to use a device and stated she used a string to hold her pants up. It should be noted, the string was taped to her stomach and was not attached to her pants. The device was confiscated and after further inspection, it appeared to be dental floss with tape tied to the end of it.

The probation officer discussed the aforementioned incident with Ms. Klang and she denied using a device in an attempt to manipulate her urine sample.

Prob12C

**Re: Klang, Jaimee L.**
**September 3, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 3, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/3/2021

Date