PROB 12C
(6/16)

Report Date: September 28, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaimee L. Klang | Case Number: 0980 1:16CR02023-RMP-2 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 16, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846 | |
| Original Sentence: | Prison - 42 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: March 26, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: March 25, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/3/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting a controlled substance, methamphetamine, on or about September 3, 2021.<br><br>On January 31, 2019, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by the U.S. probation officer that she must abstain from the use of illegal controlled substances.<br><br>On September 3, 2021, Ms. Klang submitted a urine specimen at Pioneer Human Services that returned presumptive positive for methamphetamine. On that same date, Ms. Klang signed a denial form indicating she had not used the aforementioned illicit substance. The specimen was thereafter sent to Alere Toxicology and it was confirmed positive for methamphetamine on September 26, 2021. |

Prob12C
**Re: Klang, Jaimee L.**
**September 28, 2021**
**Page 2**

The probation officer addressed the above-referenced positive drug test with the offender. She initially denied use of methamphetamine, but later admitted to unintentionally ingesting said substance the weekend prior to the urine specimen collection.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 28, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/28/2021

Date