PROB 12C
(6/16)

Report Date: June 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaimee L. Klang | Case Number: 0980 1:16CR02023-WFN-2 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | | |
| Original Sentence: | Prison - 42 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: March 26, 2019 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 25, 2024 | |

### PETITIONING THE COURT

To issue a warrant.

On March 26, 2019, a supervision intake was completed.  Ms. Klang's conditions of supervised release were reviewed with her.  She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2** : You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.   You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Ms. Klang violated the terms of her supervised release by being unsuccessfully discharged from inpatient treatment, on or about June 3, 2022. |
| | On May 5, 2022, Ms. Klang appeared for a Sobriety Treatment and Education Program (STEP) session.  Due to STEP non-compliance, she was taken into custody and ordered to enter into and complete inpatient treatment. |

Prob12C
Re: Klang, Jaimee L
June 6, 2022
Page 2

On May 20, 2022, Ms. Klang released from custody and entered inpatient treatment at Spokane Addiction and Recovery Centers (SPARC).

On June 3, 2022, the undersigned was contacted by the staff of SPARC, who reported that Ms. Klang was unsuccessfully discharged from the program due to ongoing issues with her negative attitude.

2 **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Ms. Klang violated the terms of her supervised release by failing to report to the probation office, on or about June 3, 2022, in Spokane, Washington.

On May 20, 2022, Ms. Klang entered inpatient treatment at Spokane Addiction and Recovery Centers (SPARC). On May 31, 2022, the undersigned had telephone communication with Ms. Klang. At that time she was advised to report to the U.S. Probation Office on the same day of discharge if other reporting instructions were not provided prior to discharge.

On June 3, 2022, Ms. Klang was unsuccessfully discharged from SPARC at approximately 3 p.m. Ms. Klang failed to report to the probation office that same day.

It should be noted that SPARC is only approximately 1 mile from the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/06/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/6/2022
Date